HENRY W. SAGE, Appellant, *v.* EDWARD ROBERTS, Respondent.

(Argued June 2, 1882; decided October 17, 1882.)

*William G. Nicoll* for appellant.

*Frank Warner Angel* for respondent.

Agree to affirm. No opinion.
All concur, except TRACY, J., who takes no part.
Judgment affirmed.